IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO EDNEY,<br><br>      Petitioner,<br><br> v.<br><br>LEE ESTOCK, et al.,<br><br>      Respondents. | CIVIL ACTION<br>NO. 19-4456 |

## ORDER

**AND NOW**, this 2nd day of September 2021, upon consideration of the Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), Petitioner's Motion to Compel Philadelphia County District Attorney Pursuant to Pa. R.A.P. § 549 (Doc. No. 24), the pertinent record, and upon review of the Report and Recommendation of United States Magistrate Elizabeth T. Hey (Doc. No. 25) to which no objections have been filed, it is **ORDERED** that:

1. The Report and Recommendation (Doc. No. 25) is **APPROVED** and **ADOPTED**.

2. The Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1) is **DENIED**.

3. Petitioner's Motion to Compel Philadelphia County District Attorney Pursuant to Pa. R.A.P. § 549 (Doc. No. 24) is **DENIED**.

4. The Court finds that Petitioner has failed to make a substantial showing of a denial of a constitutional right and accordingly a certificate of appealability shall not issue.

                BY THE COURT:

                /s/ Joel H. Slomksy
                JOEL H. SLOMSKY, J.